Peter J. Kennedy (SBN 166606)
pkennedy@reedsmith.com
Mathew M. Wrenshall (SBN 284466)
mwrenshall.com@reedsmith.com
Tuan Uong (SBN 272447)
tuong@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: 213 457 8000
Facsimile: 213 457 8080

Attorneys for Defendant
BANK OF AMERICA, N.A.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER HERNANDEZ, an individual; BRENDA HERNANDEZ, an individual and ROES 4 through 10, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>vs.<br><br>PUBLIC STORAGE, a real estate investment trust, CITY OF LOS ANGELES, a governmental entity; BANK OF AMERICA, N.A.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV13-01934 DDP (AJWx)<br><br>**JUDGMENT**<br><br>Hon. Dean D. Pregerson |

CV13-01934 DDP (AJWx)

[PROPOSED] JUDGMENT

1   On August 13, 2015, this action came on for hearing before the Court, the Hon.
2   Dean D. Pregerson, District Judge presiding, on the Motions for Summary Judgment
3   of Defendants Bank of America, N.A. [Docket Doc. No. 192] and the City of Los
4   Angeles [Docket Doc. No. 206] against the Third Amended Complaint [Docket Doc.
5   No. 138] of Plaintiffs Javier Hernandez and Brenda Hernandez (collectively,
6   "Plaintiffs"). On August 14, 2015, the Court issued an Order [Docket Doc. No. 223]
7   granting Defendants' respective Motions for Summary Judgment in their entirety.

8   **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs take nothing,
9   that the action be dismissed on the merits, and that Defendants Bank of America,
10  N.A., and City of Los Angeles recover their costs.

13  DATED: August 25, 2015

_____
Honorable Dean D. Pregerson

CV13-01934 DDP (AJWx)          - 1 -
[PROPOSED] JUDGMENT